# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>IRPF VALENCIA NORTHPARK, L.L.C., a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No.: 2:20-cv-11195-AB-JC<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and IRPF Valencia Northpark, L.L.C ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: April 30, 2021

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE